**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

RAYN NIGRO,

                      Plaintiff,

      v.                                  No. 1:19-CV-1268 (FJS/CFH)

JUUL LABS, INC.; PAX LABS, INC.;
ALTRIA GROUP, INC.; PHILLIP
MORRIS USA, INC.,

                      Defendants.

---

**APPEARANCES:**                          **OF COUNSEL:**

Weitz & Luxenberg, P.C.            ELLEN RELKIN, ESQ.
700 Broadway
New York, New York 10003
Attorneys for plaintiff

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

## ORDER

Plaintiff commenced an action in this Court on October 15, 2019. See Dkt. No. 1 ("Compl."). The undersigned disqualifies himself from this action due to a conflict of interest. Accordingly, this case must be assigned to a different Magistrate Judge. See 28 U.S.C. § 455 (a), (b).

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(8) and 28 U.S.C. § 455 (a), (b), and it is further

**ORDERED**, that in accordance with General Order 12(G)(8), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated: October 21, 2019
Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge